**Electronically Filed
Supreme Court
SCWC-12-0000984
23-APR-2015
10:33 AM**

SCWC-12-0000984

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

TOI NOFOA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000984; CR. NO. 08-1-1504)

ORDER OF CORRECTION
(By: Wilson, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed on April 14, 2015, is corrected as follows:

1. On page 3, line 6, "a" is corrected to "an."

2. On page 7, footnote 3 is renumbered to footnote 5. All footnotes following thereafter are renumbered accordingly.

3. On page 35, lines 1-2, "trial" is corrected to "the preliminary hearing."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, April 23, 2015.

/s/ Michael D. Wilson

Associate Justice

